# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-049 |
| Plaintiff, : | |
| -vs- | District Judge Timothy S. Black |
| | Magistrate Judge Michael R. Merz |
| TYLER HAMILTON, | |
| Defendant. : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R. Merz (ECF No. 83), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Vacate (ECF No. 74) be DISMISSED with prejudice.  Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

December 15, 2016.

_____
Timothy S. Black
United States District Judge